IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JIM BURK                                                                                              PLAINTIFF

V.                          CASE NO. 3:13CV00138-BD

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is reversed and remanded for action consistent with the opinion in this case, and judgment is entered in favor of Plaintiff Jim Burk.  This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 6th day of May, 2014.

_____
UNITED STATES MAGISTRATE JUDGE