**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**JIM BURK**                                                                                                      **PLAINTIFF**

V.                              **CASE NO.: 3:13CV00138 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
Social Security Administration                                                                      **DEFENDANT**

## ORDER

Plaintiff Jim Burk has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #17)  In his motion, Mr. Burk requests fees and expenses in the amount of $5,455.12.  The Commissioner agrees that Plaintiff is entitled to attorney's fees, but argues that a reasonable award would be no more than $4,117.10. (#18)

This case involved a single, fairly standard issue, whether or not Plaintiff met an Impairment Listing.  The transcript contained few medical records to consider.  After reviewing the pleadings, transcript, filings, and motions, the Court finds that $4,117.10 is a reasonable award.  Accordingly, Mr. Burk's motion (#17) is GRANTED, in part, and he is awarded $4,117.10 in fees and expenses.  The award should be payable to Mr. Burk and subject to offset if he has outstanding federal debts.

DATED this 15th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE